## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01578-CMA-KMT

KENNETH R. DAVIDSON,

    Plaintiff,

v.

BANK OF AMERICA, N.A. and
GREEN TREE SERVICING, LLC,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Accepting the Magistrate Judge's February 1, 2016 Recommendation of Judge Christine M. Arguello, entered on March 10, 2016, it is

ORDERED that Defendant Green Tree's Motion to Dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED; it is

FURTHER ORDERED that Defendant Bank of America's Motion to Dismiss Plaintiff's Amended Complain is GRANTED; it is

FURTHER ORDERED that Plaintiff's Motion for Leave to File Third Amended Complaint is DENIED as futile; it is

FURTHER ORDERED that Plaintiff's Forthwith Motion for TRO/Permanent Injunction is DENIED; it is

FURTHER ORDERED that this case is DISMISSED in its entirety; it is

FURTHER ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

DATED: March 11, 2016

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ V. Barnes

V. Barnes
Deputy Clerk